

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00377-CV

_____

IN RE S.G., Relator

_____

Original Proceeding
Trial Court No. 233-576416-15

_____

Before Meier, Gabriel, and Birdwell, JJ.
Memorandum Opinion by Justice Birdwell

## MEMORANDUM OPINION

Relator S.G. asks us to grant mandamus relief from the trial court's November 4, 2018 order denying her petition for modification of a February 2017 divorce decree. Mandamus relief is proper only to correct a clear abuse of discretion when there is no adequate remedy by appeal. *In re Fain*, 514 S.W.3d 917, 918 (Tex. App.—Fort Worth 2017, orig. proceeding). We hold that S.G. has an adequate remedy[1] because she has a right to an immediate appeal of the trial court's order denying her modification petition. *See* Tex. Fam. Code Ann. § 109.002(b) (West Supp. 2018); *In re Clark*, No. 01-16-00722-CV, 2016 WL 5400448, at *1 (Tex. App.—Houston [1st Dist.] Sept. 27, 2016, orig. proceeding) (mem. op.); *see also In re Sec. Nat'l Ins.*, No. 14-11-00013-CV, 2011 WL 332712, at *1 (Tex. App.—Houston [14th Dist.] Feb. 3, 2011, orig. proceeding) (mem. op.) ("A writ of mandamus is not a substitute for an appeal."). Thus, we deny her mandamus petition. *See* Tex. R. App. P. 52.8(a).

S.G. filed her mandamus petition within the time for perfecting an appeal. *See* Tex. R. App. P. 26.1. Because her mandamus petition manifests her intent to invoke this court's review of the trial court's order denying her modification petition, we liberally construe it to be a notice of appeal. *See In re Rivera*, No. 13-17-00421-CV, 2017 WL 3205845, at *1 (Tex. App.—Corpus Christi July 28, 2017, orig. proceeding) (mem. op.) (stating that a "court of appeals has jurisdiction over any appeal in which

---

[1]We do not express an opinion concerning whether the trial court erred by denying the modification petition.

2

the appellant files an instrument in a bona fide attempt to invoke the appellate court's jurisdiction"); *see also Warwick Towers Council of Co-Owners ex rel. St. Paul Fire & Marine Ins. Co. v. Park Warwick, L.P.*, 244 S.W.3d 838, 839 (Tex. 2008) ("Our consistent policy has been to apply rules of procedure liberally to reach the merits of the appeal whenever possible."); *Derouin v. Dodeka LLC*, No. 04-11-00085-CV, 2011 WL 2714155, at *1 n.2 (Tex. App.—San Antonio July 13, 2011, no pet.) (mem. op.) (stating that an appellate court had construed a mandamus petition as a notice of appeal). The clerk of this court is directed to docket this case as an appeal in a separate cause number; the appeal will proceed according to the Texas Rules of Appellate Procedure. *See, e.g.*, Tex. R. App. P. 12.1, 32.1, 35.1, 35.3, 38.

/s/ Wade Birdwell
Wade Birdwell
Justice

Delivered: December 7, 2018

3